UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
JEFFREY C. RODRIGUES, Individually and On Behalf )
Of All Others Similarly Situated,           )
                                            )
          Plaintiff,                      )
                                            )
    vs.                                     )   Case No.  04-10364-DPW
                                            )
SONUS NETWORKS, INC., HASSAN AHMED,         )
STEPHEN NILL,                               )
                                            )
          Defendants.                     )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

        Respectfully Submitted,

        SONUS NETWORKS, INC.

        By its attorneys,


        /s/ Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

Dated: April 15, 2004

- 2 -

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Norman Berman<br>Berman, Devalerio, Pease, Tabacco,<br>Burt & Pucillo<br>One Liberty Square, 8th Floor<br>Boston, MA 02109 | Robert I. Harwood<br>Samuel K. Rosen<br>Wechsler Harwood LLP<br>488 Madison Ave.<br>New York, NY 10022 |

Charles J. Piven, Esq.
Law Offices of Charles J. Piven, P.A.
401 East Pratt Street
Suite 2525
Baltimore, MD 21202

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated:  April 15, 2004