**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| JEFFREY C. RODRIGUES, Individually and On Behalf Of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SONUS NETWORKS, INC., HASSAN AHMED, STEPHEN NILL, )<br><br>Defendants. ) | Case No. 04-10364-DPW |

---

**NOTICE OF CHANGE OF FIRM NAME**

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP.

The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP.  All future reference to

Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP.  The

firm and its lawyers' address, telephone numbers and fax numbers remain the same.  The format

of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

Respectfully Submitted,

WILMER CUTLER PICKERING HALE and DORR LLP

/s/_Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Norman Berman
Berman, Devalerio, Pease, Tabacco,
Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

Robert I. Harwood
Samuel K. Rosen
Wechsler Harwood LLP
488 Madison Ave.
New York, NY 10022

Charles J. Piven, Esq.
Law Offices of Charles J. Piven, P.A.
401 East Pratt Street
Suite 2525
Baltimore, MD 21202

Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108
Tel:  (617) 573-4800
Fax: (617) 573-4822

Robert S. Frank, Jr. (BBO #177240)
John R. Baraniak, Jr. (BBO #552259)
Choate Hall & Stewart
Exchange Place Building
53 State Street
Boston, Massachusetts 02109
Tel:   (617) 248-5000
Fax:  (617) 248-4000

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated:  June 1, 2004